STATE of Missouri, Respondent,

v.

**Elmer L. TATUM, Appellant.**

**No. WD 73243.**

Missouri Court of Appeals,
Western District.

May 1, 2012.

Richard A. Starnes, for Respondent.

Amy B. Meyers, for Appellant.

Before Division Two: GARY D. WITT, Presiding Judge, JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

### ORDER

PER CURIAM:

Lance Livingston appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we

conclude that the judgment is based upon findings of fact that are not clearly erroneous and that no error of law appears. A formal, published opinion would have no precedential value; however, a memorandum explaining the reason for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**